UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SENECA SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 1:19-CV-839 ) |
| INVESTORS TITLECORP and FIRST AMERICAN TITLE INSURANCE COMPANY, | ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION TO DISMISS

Plaintiff Seneca Specialty Insurance Company and Defendants Investors Titlecorp and First American Title Insurance Company, by their respective undersigned attorneys, being all the parties to this action, hereby agree and stipulate to the dismissal of this action with prejudice, without costs, pursuant to the Settlement Agreement, made and entered into between them, and that an Order of Dismissal may be entered by the Court pursuant to this Stipulation to Dismiss, without further notice to the parties.

/s/ Dennis M. Dolan
Dennis M. Dolan #34423-45
Phillip G. Litchfield #32669-45
Litchfield Cavo, LLP
Attorneys for Plaintiff
Seneca Insurance Company
303 West Madison St., Ste. 300
Chicago, IL 60606-3300

/s/ Kurt V. Laker
Kurt V. Laker # 24991-49
Doyle & Foutty, P.C.
Law Office of Ben Murphy
Attorney for Defendant
First American Title Insurance Company
41 East Washington Street, Suite 400
Indianapolis, IN 46204

Jordan M. Slusher
Jordan M. Slusher
Kightlinger Gray
Attorney for Defendant
Investors TitleCorp
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN  46204