UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SENECA SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )  Case No. 1:19-CV-839-TWP-DLP |
| INVESTORS TITLECORP and FIRST AMERICAN TITLE INSURANCE COMPANY, | ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter coming on to be heard on the stipulation of Plaintiff Seneca Specialty Insurance Company and Defendants, Investors Titlecorp and First American Title Insurance Company, by their respective attorneys, being all the parties to this action, notice having been waived and it being agreed hereto, this action is hereby dismissed with prejudice and without costs, all costs having been paid. This Court retains jurisdiction to enforce any terms of the settlement and/or to adjudicate any liens.

So ORDERED

Date: 1/22/2020

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF